# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARTHUR QUARLES, III,  :<br>    Plaintiff,          :<br>                        :<br>v.                      :    CIVIL ACTION NO. 21-CV-5673<br>                        :<br>AFFIRM INC.,           :<br>    Defendant.         : | |

## ORDER

This 20th day of January, 2022, upon consideration of Plaintiff Arthur Quarles, III's Motion to Proceed *In Forma Pauperis* (ECF No. 9), and *pro se* Amended Complaint (ECF No. 11) it is **ORDERED** that:

1. The Motion to Proceed *In Forma Pauperis* is **DENIED** as moot.

2. The Amended Complaint is **DISMISSED WITH PREJUDICE** for the reasons stated in the Court's Memorandum.

3. The Clerk of Court is requested to close this case.

**BY THE COURT:**

/s/ Gerald Austin McHugh

**GERALD A. McHUGH, J.**